IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| CLOVIS REED | § | PLAINTIFF |
|---|---|---|
| v. | § Civil No. 1:18cv169-HSO-RHW | |
| CITY OF DIAMONDHEAD, et al. | § | DEFENDANTS |

## FINAL JUDGMENT

Having come on for consideration on Plaintiff Clovis Reed's Motion [23] for Voluntary Dismissal, and in accord with the Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 26th day of March, 2019.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE